(78 South. 639)

STATE v. BAUMHAUER. (1 Div. 285.)

(Court of Appeals of Alabama. April 9, 1918.)

Appeal from Circuit Court, Mobile County; Norvelle R. Leigh, Jr., Judge.

Suit between the State and J. H. Baumhauer. From judgment rendered, the State appeals. Affirmed.

F. Loyd Tate, Atty. Gen., and G. H. Kruempel, of Mobile, for the State.

SAMFORD, J. There is no bill of exceptions in the record, and the brief of the Attorney General filed for the appellant confesses that there is no error in the record, and that the assignments of error are not well taken. The judgment of the circuit court is affirmed.

Affirmed.